

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-7-2014

# Clarence Haley v. Kintock Group

Precedential or Non-Precedential: Non-Precedential

Docket No. 13-2806

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

## Recommended Citation

"Clarence Haley v. Kintock Group" (2014). *2014 Decisions*. Paper 1044.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/1044

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-2806
_____

CLARENCE HALEY,
                                        Appellant
                        v.

THE KINTOCK GROUP; ROBERT T. LATIMER, MD; DOMINIC FORTE;
SADIQI MUHAMMAD; JOSEPH, first name unknown;
BROWN, first name unknown; IZAGUIRRE, first name unknown;
CLARK, first name unknown
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-11-cv-05606)
District Judge:  Honorable William J. Martini
_____

Submitted Under Third Circuit LAR 34.1(a)
June 3, 2014

Before:  HARDIMAN, SCIRICA and ROTH, *Circuit Judges*
_____

ORDER AMENDING OPINION
_____


        At the direction of the Court an amended opinion will be issued in this matter.
The amendments to the opinion do not alter the judgment of this Court and as such the
deadline for filing a petition for rehearing remains October 14, 2014.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: October 7, 2014
CJG/cc:      Clarence Haley
            Anthony P. Pasquarelli, Esq.